UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDIE CHASE,

          Petitioner,          Case Number 17-13435

v.

                           Honorable Denise Page Hood

TONY TRIERWEILER,

          Respondent.
_____/

**ORDER REMANDING ACTION TO THE SENTENCING COURT PURSUANT TO THE SIXTH CIRCUIT COURT OF APPEALS' OPINION AND JUDGMENT CONDITIONALLY GRANTING PETITIONER'S WRIT OF HABEAS CORPUS**

On August 20, 2020, the Sixth Circuit Court of Appeals entered an Opinion and Judgment conditionally granting Petitioner's Writ of Habeas Corpus. (ECF No. 18) The Mandate issued on September 16, 2020. (ECF No. 19) Accordingly,

IT IS ORDERED that this action is REMANDED to the state sentencing court--the Third Judicial Circuit Court, State of Michigan--for sentencing proceedings consistent with the Sixth Circuit's Opinion and the United States Constitution.

IT IS FURTHER ORDERED that the conditional writ granted by the Sixth Circuit becomes an unconditional writ of habeas corpus if the state fails to initiate such sentencing proceedings within 180 days from the date of the Sixth Circuit's Opinion of August 20, 2020. If no such sentencing proceedings has occurred, on the 181st day, the writ of habeas corpus must be executed and Respondent immediately release Petitioner from custody. (ECF No. 18, Judgment)

                                              s/Denise Page Hood
                                              Chief Judge, United States District

Dated: September 24, 2020